| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Alan G Tippie<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071<br><br>213–626–2311<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>Bruce Elieff<br><br><br><br>Debtor(s). | CASE NO.: 8:19–bk–13858–ES<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 8:21–ap–01092–ES |
|---|---|
| Howard M Ehrenberg, solely in his capacity as Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Stephan Elieff<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **11/01/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
      **Date:**              **December 16, 2021**
      **Time:**             **09:30 AM**
      **Hearing Judge:**   **Erithe A. Smith**
      **Location:**       **411 W Fourth St., Crtrm 5A, Santa Ana, CA 92701**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                        Page 1                        **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: October 1, 2021

By: _____"s/" Tina Duarte_____

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 2     **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Howard M Ehrenberg, solely in his capacity as Chapter 7 Trustee | Stephan Elieff<br>North Murrieta Community, LLC, a Delaware limited liability company<br>Be Residential VI, LLC, a Delaware limited liability company<br>NMC Holding, LLC, a Delaware limited liability company<br>NLA Community, LLC, a Delaware limited liability company<br>Tesorito Community, LLC, a Delaware limited liability company<br>GT Community, LLC, a Delaware limited liability company<br>Nevada Sun Investments, Inc., a Nevada corporation<br>Jupiter Land Holdings, LLC, a Delaware limited liability company<br>JNI, LLC, a Delaware limited liability company |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled: COMPLAINT FOR (1) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS, (2) PRESERVATION OF PREFERENTIAL AND FRAUDULENT TRANSFERS, AND (3) DISALLOWANCE OF CLAIMS; NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF PROCEDURE; SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) October 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    **F 7004–1.SUMMONS.ADV.PROC**

<u>SERVICE LIST</u>

<u>Defendant Stephan Elieff</u>

Stephan Elieff
4627 Camden Drive
Corona Del Mar, California 92625

Stephan Elieff
2382 Morse Avenue
Irvine, California 92614

<u>Defendant North Murrieta Community, LLC</u>

North Murrieta Community, LLC
4131 S. Main Street
Santa Ana, California 92614

North Murrieta Community, LLC
c/o Unisearch, Inc.
Agent for Service of Process
4 Venture, Suite 280
Irvine, California 92618

<u>Defendant BE Residential VI, LLC</u>

BE Residential VI, LLC
c/o Loren Borstein
Agent for Service of Process
11766 Wilshire Boulevard, Suite 820
Los Angeles, California 90025

<u>Defendant NMC Holding, LLC</u>

NMC Holding, LLC
2392 Morse Avenue
Irvine, California 92614

NMC Holding, LLC
2382 Morse Avenue
Irvine, California 92614

<u>Defendant NLA Community, LLC</u>

NLA Community, LLC
2392 Morse Avenue
Irvine, California 92614

NLA Community, LLC
2382 Morse Avenue
Irvine, California 92614

<u>Defendant Tesorito Community, LLC</u>

Tesorito Community, LLC
2392 Morse Avenue
Irvine, California 92614

Tesorito Community, LLC
2382 Morse Avenue
Irvine, California 92614

<u>Defendant GT Community, LLC</u>

GT Community, LLC
2382 Morse Avenue
Irvine, California 92614

GT Community, LLC
c/o CT Corporation System
Agent Service of Process
28 Liberty Street
New York, New York 10005

<u>Defendant Nevada Sun Investments, Inc.</u>

Nevada Sun Investments, Inc.
2382 Morse Avenue
Irvine, California 92614

Nevada Sun Investments, Inc.
c/o Michael Bohn
Agent for Service of Process
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

<u>Defendant Jupiter Land Holdings, LLC</u>

Jupiter Land Holdings, LLC
2392 Morse Avenue
Irvine, California 92614

Jupiter Land Holdings, LLC
2382 Morse Avenue
Irvine, California 92614

<u>Defendant JNI, LLC</u>

JNI, LLC
2392 Morse Avenue
Irvine, California 92614

JNI, LLC
2382 Morse Avenue
Irvine, California 92614

DAL 2728134v1